1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11  ANTHONY R. TAYLOR,                )
                                      )
12               Petitioner,          )  Case No. CV 11-971 DMG (AJW)
                                      )
13            v.                      )
                                      )  ORDER ACCEPTING REPORT AND
14  MELISSA LEA, CHIEF DEPUTY         )  RECOMMENDATION OF
    ADMINISTRATOR,                    )  MAGISTRATE JUDGE
15                                    )
                 Respondent.          )
16  _____  )

17

        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed
18
the entire record in this action, and the Report and Recommendation
19
of United States Magistrate Judge ("Report").  No objections to the
20
Report have been filed within the time allowed.  The Court concurs
21
with and accepts the findings of fact, conclusions of law, and
22
recommendations contained in the Report.
23

24
DATED:   February 6, 2012
25                                          _____
26                                          Dolly M. Gee
                                            United States District Judge
27

28