UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY R. TAYLOR, | ) | Case No. CV 11-971-DMG (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MELISSA LEA, CHIEF DEPUTY ADMINISTRATOR, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated:   February 6, 2012_____

_____
Dolly M. Gee
United States District Judge

1